**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:23−cr−00097
Honorable Elaine E. Bucklo
Te Dora Brown, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

MINUTE entry before the Honorable Elaine E. Bucklo, as to Te Dora Brown and Christopher Scott: Government's unopposed motion for protective order governing discovery [25] is granted. Enter Protective Order Governing Discovery. The Court has reviewed the joint status report. At the parties' request and by agreement, the status hearing is reset to 6/16/2023 at 10:00 a.m. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 6/6/2023 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 3/17/2023 to 6/16/2023 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.