UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TE DORA BROWN, and<br>CHRISTOPHER SCOTT | Case No. 23 CR 97<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, Victor P. Henderson, counsel for defendant Te Dora Brown, and Joshua B. Adams, counsel for defendant Christopher Scott, hereby provide this joint status report to the Court:

On February 15, 2023, the grand jury returned an indictment charging defendant Brown with 13 counts of wire fraud, and defendant Scott with 9 counts of wire fraud, in violation of 18 U.S.C. § 1343. (R.1.) Defendants self-surrendered on March 1, 2023 and the Court held initial appearances and arraignments for the defendants on that day. (R.8, 9.) Defendants are currently on bond. (R.13, 14, 21.)

As described in the initial status report, there is a significant amount of discovery in this wire fraud case (R.24.) The government has produced all discovery to defense counsel and obtained a protective order for that discovery (R.27.)

Defense counsel require additional time to review discovery and engage in preliminary negotiations with the government. Accordingly, the parties respectfully request that the Court set a deadline for status report in approximately 90 days, on

or about September 4, 2023, or on a date at the Court's discretion, and move the Court to exclude time through the date of the next status report pursuant to 18 U.S.C. § 3161(h).

Dated: June 6, 2023

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Alejandro G. Ortega*
ALEJANDRO G. ORTEGA
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, IL 60604
(312) 353-4129

*/s/ Victor P. Henderson*
VICTOR P. HENDERSON
Henderson Parks, LLC
140 South Dearborn Street
Suite 1020
Chicago, IL 60603
(312) 262-2900

*/s/ Joshua B. Adams*
JOSHUA B. ADAMS
Law Offices of Joshua B. Adams, PC
900 W. Jackson Blvd., Suite 7 East
Suite 1020
Chicago, IL 60607
(312) 566-9173