UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TE DORA BROWN | No. 23 CR 97<br><br>Hon. Elaine Bucklo<br>District Judge |

**THE GOVERNMENT'S EXHIBIT LIST**

The UNITED STATES OF AMERICA, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits its exhibit chart below, and requests that the Court admit the following items in evidence:

| No. | Description |
|---|---|
| 100 | EIDL Loan File for Little Shepherds Academy |
| 101 | PPP Loan File for Little Shepherds Academy |
| 102 | PPP Loan File for Little Shepherds Beginners |
| 103 | EIDL Loan File for Little Shepherds Beginners |
| 104 | PPP Loan file for Naper Montessori |
| 105 | PPP Loan file for OLG Financing |
| 106 | Second Draw PPP Loan file for Little Shepherds Academy |
| 107 | Second Draw PPP Loan file for Little Shepherds Beginners |
| 108 | Second Draw PPP Loan file for OLG Financing |
| 109 | Second Draw PPP Loan file for Naper Montessori |
| 200 | BMO Harris bank records for Little Shepherds Academy x9106 |
| 201 | BMO Harris bank records for Little Shepherds Beginners x8614 |

| No. | Description |
|---|---|
| 202 | BMO Harris bank records for Naper Montessori x6330 |
| 203 | BMO Harris bank records for OLG Financing x6691 |
| 204 | BMO Harris bank records for Little Shepherds Academy x9106 |
| 205 | BMO Harris bank records for Naper Montessori x6683 |
| 300 | Illinois Secretary of State records related to Little Shepherds Academy |
| 301 | Illinois Secretary of State records related to Little Shepherds Beginners |
| 302 | Illinois Secretary of State records related to Naper Montessori |
| 303 | Illinois Secretary of State records related to OLG Financing |
| 400 | Illinois Department of Employment Security records related to Little Shepherds Academy |
| 401 | Illinois Department of Employment Security records related to Little Shepherds Beginners |
| 402 | Illinois Department of Employment Security records related to Naper Montessori |
| 403 | Illinois Department of Employment Security records related to OLG Financing |
| 500 | Illinois Department of Revenue records related to Little Shepherds Academy |
| 501 | Illinois Department of Revenue records related to Little Shepherds Beginners |
| 502 | Illinois Department of Revenue records related to Naper Montessori |
| 503 | Illinois Department of Revenue records related to OLG Financing |
| 600 | IRS Fact of Filing information |
| 700 | Summary chart of Loan Application information for 10 counts |
| 800 | YouTube Video from Channel Aired Out Chicago |

| No. | Description |
|---|---|
| 801 | YouTube Video from Channel Aired Out Chicago |
| 802 | YouTube Video from Channel Aired Out Chicago |

Consistent with the Federal Rules of Evidence and any rulings by the Court before or during trial, the government reserves the right to amend the chart above.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: *<u>/s/ Mary Katherine McClelland</u>*
Mary Katherine McClelland
Assistant United States Attorney
Quinn Ford
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0517

Dated: May 6, 2026