UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TE DORA BROWN | No. 23 CR 97<br><br>Honorable Elaine E. Bucklo |

**AGREED STATEMENT OF THE CASE**[1]

Te Dora Brown has been charged with defrauding the U.S. Small Business Administration's economic injury disaster loan program and paycheck protection program during the COVID-19 pandemic. Ms. Brown has pleaded not guilty to the charges.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Mary Katherine McClelland*
MARY KATHERINE McCLELLAND
QUINN FORD
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

Dated: May 6, 2026

[1] The parties have conferred and agreed on the statement of the case, and the government submits this filing on behalf of the parties.