**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23 CR 97 |
| | ) | |
| | ) | Judge Elaine E. Bucklo |
| | ) | |
| TE DORA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT'S EXHIBIT LIST

Defendant, Te Dora Brown, by and through her attorneys, Victor P. Henderson and David K. Katahira, submits this Exhibit List per this Court's order (Dkts. 126, 132):

Ms. Brown intends to produce the following exhibits at trial:

1. **Little Shepherd's Academy.**

| Number | Description |
|---|---|
| 101 | Photos of Little Shepherd's Academy |
| 102 | Articles of Incorporation for Naper dated March 14, 2017 |
| 103 | LSA's License Certificate granted by the City of Chicago on May 15, 2019, for a Children's Services Facility License with an expiration date of May15, 2021. |
| 104 | Letter dated September 27, 2019, written by Moses Khalil on behalf of W.J. Management Inc. stating that maintenance was done on the roof located at 5225–5253 West Madison in Chicago, Illinois 60644 in June 2019. |
| 105 | Charter bus request form dated October 22, 2019, to reserve a bus for pick up at LSA located at 5241 West Madison in Chicago, Illinois, and destination at Johansen Farm located at 710 Boughton Road, Bolingbrook, Illinois 60440 on October 25, 2019. |

| | |
|---|---|
| 106 | Inspection report by the Chicago Department of Public Health dated November 26, 2019, certifying that LSA complied with Chicago's Health Code. |
| 107 | Licensing Monitoring Record signed by Licensing Representative Margo Cralle of IDCFS documenting her visit to Little Shepherd at 5241 West Madison in Chicago, Illinois, on December 13, 2019. |
| 108 | Anderson Pest Solutions inspection report dated February 25, 2020. |
| 109 | Ms. Brown's application for a child care facility license submitted to the IDCFS on or around March 23, 2020. This application was for Little Shepherd's Academy. |
| 110 | An email from Margo Cralle of IDCFS to Ms. Brown dated May 28, 2020, in which Ms. Cralle stated that Ms. Brown's application submitted on March 25, 2020, to open LSA and LSB was approved. |
| 111 | Illinois Domestic/Foreign Corporation Annual Report filed on May 21, 2020, by Ms. Brown on behalf of LSA. |
| 112 | Certificate dated May 21, 2020, issued by the Illinois Office of the Secretary of State certifying that LSA was incorporated under Illinois law on June 28, 2006, and is in good standing as an Illinois domestic corporation. |
| 113 | Certificate dated August 13, 2020, issued by the Illinois Office of the Secretary of State certifying that LSA was incorporated under Illinois law on June 28, 2006, and is in good standing as an Illinois domestic corporation. |
| 114 | Email from Quality Catering for Kids to Ms. Brown stating that Quality Catering will send apples instead of oranges on June 8, 2020. |
| 115 | LSA Wi-Fi bill dated March 10, 2021. |
| 116 | LSA utility bill dated March 15, 2021. |
| 117 | Student sign-in sheets. |

**2. Little Shepherd's Beginners.**

| Number | Description |
|---|---|
| 201 | Photos of Little Shepherd's Beginners |
| 202 | Articles of Incorporation dated April 3, 2008 |
| 203 | LSB's License Certificate granted by the City of Chicago on September 6, 2019, for a Limited Business License with an expiration date of September 15, 2020. |
| 204 | Student sign-in sheets. |

**3. Naper Montessori Academy.**

| Number | Description |
|---|---|
| 301 | Photos of Naper Montessori Academy |
| 302 | Articles of Incorporation dated March 14, 2017 |
| 303 | Naper's lease of premises located at 24 West 500 Maple Avenue, #112/113, Naperville, Illinois, 60540, dated February 9, 2017, beginning June 1, 2017, and ending on May 31, 2022. |
| 304 | Certificate dated May 8, 2020, issued by the Illinois Office of the Secretary of State certifying that Naper was incorporated under Illinois law on March 14, 2017, and is in good standing as an Illinois domestic corporation. |
| 305 | Student sign-in sheets. |

Consistent with the Federal Rules of Evidence and any rulings by the Court before or during trial, Ms. Brown reserves the right to amend or supplement this list.

Respectfully submitted,

**Defendant Te Dora Brown,**

By: */s/ Victor P. Henderson*
One of Her Attorneys

Victor P. Henderson
David K. Katahira
**HENDERSON PARKS, LLC**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2900
vphenderson@henderson-parks.com
dkatahira@henderson-parks.com

**CERTIFICATE OF SERVICE**

The undersigned, David K. Katahira, an attorney, hereby certifies that **Defendant's Exhibit List** was served on **May 6, 2026**, in accordance with Federal Rule of Criminal Procedure 49, Local Rule 5.5, and the General order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to the ECF filers, and was sent by first class mail or by hand delivery to non-ECF filers, if any.

By: *<u>/s/ David K. Katahira</u>*