**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23 CR 97 |
| | ) | |
| | ) | Judge Elaine E. Bucklo |
| | ) | |
| TE DORA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant, Te Dora Brown, by and through her attorneys, Victor P. Henderson and David K. Katahira, submits this Witness List per this Court's order (Dkts. 126, 132):

Ms. Brown intends to call the following witnesses:

1. Ashley Turner. Ms. Turner was employed by Little Shepherd's Beginners ("LSB") as a Teacher from approximately 2018–2022. She will testify that LSB was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

2. Dratonyai Ratcliff. Ms. Ratcliff was employed by Little Shepherd's Academy ("LSA") as an Assistant Director from approximately 2016–2022. She will testify that LSA was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

3. Pilar Boykin. Ms. Boykin was employed by LSA a Teacher from approximately 2009–2021. She will testify that LSA was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

4. Falin Whitlock. Ms. Whitlock was employed by LSB as a Director from approximately 2011–2022. She will testify that LSB was a legitimate business that

paid her compensation. She will also testify that she worked with kids and met with parents.

5. Patricia Almond. Ms. Almond was employed by LSA as a Director from approximately 2007–2022. She will testify that LSA was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

6. Siobhan Thompson. Ms. Thompson was employed by LSB as a Teacher from approximately 2013–2021. She will testify that LSB was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

7. Tonia Dixon. Ms. Dixon was a Teacher's Assistant and provided food and sanitation services. She was employed by LSA and LSB from approximately 2019–2022. She will testify that LSA and LSB were legitimate businesses that paid her compensation. She will also testify that she worked with kids and met with parents.

8. Ethel Williams. Ms. Williams was employed by LSB as a Teacher from approximately 2008–2021. She will testify that LSB was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

9. Nakeisha Levy. Ms. Levy was employed by Naper Montessori Academy ("Naper") as a Director from approximately 2019–2022. She will testify that Naper was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

10. Tanika Furnace. Ms. Furnace was employed by Naper as a Lead Teacher from approximately 2017–2021. She will testify that Naper was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

11. Nikita Scott. Ms. Scott was employed by Naper as a Teacher's Assistant from approximately 2018–2021. She will testify that Naper was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

12. Misty Douglas. Ms. Douglas was employed by Naper and provided food services. She will testify that Naper was a legitimate business that paid her compensation. She will also testify that she worked with kids and met with parents.

13. Annette Stafford. Ms. Stafford was employed by the Department of Children and Family Services. Ms. Stafford will testify that she reviewed Ms. Brown's application for a Child Care Facility License for LSA submitted on or around March 23, 2020.

14. Margo Cralle. Ms. Cralle was a Licensing Representative for the Illinois Department of Children and Family Services ("IDCFS"). On December 13, 2019, Ms. Cralle visited LSA and/or LSB to conduct an evaluation. On May 28, 2020, she approved Ms. Brown's application to operate LSA and LSB.

15. Terry Brown. Mr. Brown was employed by the Office of Illinois State Fire Marshal. On or around August 30, 2019, Mr. Brown conducted an on-site inspection of LSA, located at 5241 West Madison Street, Chicago, Illinois 60644. Little Shepherd's Academy cleared the inspection.

16. Moses Khalil. Mr. Khalil was employed by WJ Management as the Property Manager. He will testify that LSA and LSB were businesses operating on the premises rented by Ms. Brown. He will also testify that Ms. Brown occupied the premises prior to and as of the dates of Ms. Brown's PPP and EIDL applications.

17. James Williams. Mr. Williams was employed by Anderson Pest Solutions as a Technician. On or around February 25, 2020, Mr. Williams conducted an on-site pest inspection of LSA, located at 5237 West Madison Street, Chicago, Illinois 60644.

18. Stephanie Negli Escobar. Ms. Escobar was employed by Anderson Pest Solutions as an Operations Administrative Assistant. Ms. Escobar corresponded with Ms. Brown regarding Anderson Pest Solutions' inspections of LSA and LSB that occurred approximately once every three months.

19. Representative of Delicious Unlimited (formerly Quality Catering for Kids upon information and belief). Ms. Brown hired Quality Catering for Kids to provide catering services at LSA and LSB. Ms. Brown used this company beginning in 2009.

Ms. Brown will supplement or modify this list, if necessary.

Respectfully submitted,

**Defendant Te Dora Brown,**

By: */s/ Victor P. Henderson*
One of Her Attorneys

Victor P. Henderson
David K. Katahira
**HENDERSON PARKS, LLC**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2900
vphenderson@henderson-parks.com
dkatahira@henderson-parks.com

## CERTIFICATE OF SERVICE

The undersigned, David K. Katahira, an attorney, hereby certifies that **Defendant's Witness List** was served on **May 6, 2026**, in accordance with Federal Rule of Criminal Procedure 49, Local Rule 5.5, and the General order on Electronic Case Filing (ECF), pursuant to the district court's ECF system as to the ECF filers, and was sent by first class mail or by hand delivery to non-ECF filers, if any.

By: *<u>/s/ David K. Katahira</u>*