UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TE DORA BROWN | No. 23 CR 97<br><br>Hon. Elaine E. Bucklo<br>District Judge |

**MOTION TO WITHDRAW COUNSEL**

Now comes the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Withdraw Counsel in this case:

1. The undersigned Assistant United States Attorney, who has appeared in this case, is leaving the employment of the United States Attorney's Office for the Northern District of Illinois.

2. Other government counsel has and will continue to appear in this case.

For the reasons stated herein, the government hereby moves this Court to grant the undersigned, Assistant United States Attorney Mary Katherine McClelland, leave to withdraw from this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: *<u>/s/Mary Katherine McClelland</u>*

MARY KATHERINE MCCLELLAND
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-0517