UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TE DORA BROWN | No. 23 CR 97<br><br>Honorable Elaine E. Bucklo |

**JOINT STATUS REPORT**

The United States of America, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, submits this Joint Status Report pursuant to this Honorable Court's Order dated June 25, 2026:

## I. PROCEDURAL POSTURE

1. On February 15, 2023, an Indictment was returned in the Northern District of Illinois charging defendant Te Dora Brown with violations of Title 18, United States Code, Section 1343. Dkt. 1.

2. The Court set a two-week jury trial for June 22, 2026, and set a pretrial conference for May 8, 2026. Dkts. 126 and 128.

3. On May 8, 2026, at the pretrial conference, the Court granted the parties' request to reset the jury trial and set the two-week jury trial for December 7, 2026; the Court also excluded time in the interest of justice through December 7, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Dkt. 144.

4. On June 25, 2026, the Court ordered the parties to confer and submit a status report with an update on the status of the case by July 17, 2026. Dkt. 146. The

Court also set a status hearing for 10 a.m. on July 24, 2026, to set the pretrial conference date. Dkt. 144.

## II. CASE STATUS

5. On June 25, 2026, the Court granted Assistant United States Attorney Mary Katherine McClelland's motion to withdraw as attorney for the government. Dkt. 146.

6. The government has secured another Assistant United States Attorney who is available to take AUSA McClelland's place for the trial set to begin on December 7, 2026.

7. The parties have continued to explore plea negotiations in an effort to resolve this matter before trial; the plea negotiations remain ongoing.

## III. PARTIES' REQUEST

8. The parties request the Court set a pretrial conference for the week of November 23, 2026.

9. Additionally, the government moves the Court for an order permitting the government and defendant to request early return of trial subpoenas so that the government can timely obtain possession of evidence. The government has conferred with defendant regarding a request for early return of trial subpoenas, and defense counsel does not object to the government's request.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Quinn Ford*
QUINN FORD
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 469-6052

*/s/ David K. Katahira*
VICTOR P. HENDERSON
DAVID K. KATAHIRA
Henderson Parks, LLC
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
(312) 262-2900
Counsel for Defendant Te Dora Brown

DATED: July 17, 2026