**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:23−cr−00097
Honorable Elaine E. Bucklo
Te Dora Brown, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 20, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo, as to Te Dora Brown: The Court has reviewed the joint status report. Parties' joint request for early return of trial subpoenas is granted. Pretrial Conference set for 11/20/2026 at 11:00 a.m. in−person. Pretrial motions, proposed voir dire, agreed jury instructions, agreed statement of the case, witness and exhibit lists shall be filed by 11/13/2026. Status hearing is reset for 9/2/2026 at 10:00 a.m. in−person. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.